### BRANCH *v.* THE STATE.

LUMPKIN, P. J.   No complaint being made of any ruling at the trial, and there being evidence warranting a finding that the accused was guilty of the offense with which he was charged, his conviction must stand, since the verdict of the jury has met with the approval of the presiding judge.   It is, however, a case in which, apparently, his discretion would have been wisely exercised in granting a new trial.     *Judgment affirmed.     All the Justices concurring.*

Submitted May 21,—Decided July 17, 1901.

Indictment for assault with intent to rape.     Before Judge Henry. Floyd superior court.     April 1, 1901.

*M. B. Eubanks,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.